# Exhibit A

**CALL US AT: (833) 577-8387**

# YOU'VE EARNED YOUR VA BENEFITS.

## GET THE RATING YOU DESERVE.

Veterans Guardian is a pre-filing consulting firm that can help maximize your VA disability rating earned through your honorable service to the nation.



**READY TO TALK?**
**SCHEDULE A FREE CONSULTATION TODAY.**

# VETERANS SERVING VETERANS



CALL US AT: (833) 577-8387



## OUR MISSION IS TO HELP VETERANS ACHIEVE THE MAXIMUM VA RATING THEY HAVE MEDICALLY EARNED.

As a team of veterans and veteran family members, we genuinely appreciate the sacrifices you've made. We recognize the significant and long-lasting effects that military service has on your physical and mental health. Our goal is to ensure you receive the benefits you deserve.

WHO WE ARE



01

### AN ENTIRE TEAM BY YOUR SIDE

As a client, you will work with several teams, each specializing in a different part of the claim process. While others use a "one-size-fits-all" model, our process allows us to provide each